JEWETT W. BROWN et al., Appellants, *v.* EDGAR P. WALKER, Respondent.

(Submitted June 17, 1890; decided June 24, 1890.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made December 11, 1889, which affirmed an order of the county judge of Saratoga county, setting aside an order granted by him to examine defendant in supplementary proceedings.

*Jesse Stiles* for appellants.

*Willard J. Miner* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

THE PEOPLE ex rel. THE PEERLESS MANUFACTURING COMPANY, Respondent, *v.* PATRICK J. GLEASON, as Mayor, etc., of Long Island City, Appellant.

ARGUED and decided with *People ex rel. Coughlin* v. *Gleason, ante,* page. 631.